No. 79–1214.  Iowa Beef Processors, Inc., et al. v. Meat Price Investigators Assn. et al.  C. A. 5th Cir.  Certiorari denied.

No. 80–922.  Donovan, Secretary of Labor v. Alabama et al.  C. A. 5th Cir.  Certiorari denied.

No. 80–1353.  Van Dyk Research Corp. v. Xerox Corp.  C. A. 3d Cir.  Certiorari denied.

No. 80–1390.  Beller v. Lehman, Secretary of the Navy, et al.  C. A. 9th Cir.  Certiorari denied.

No. 80–1450.  McLean v. Florida.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 80–1512.  Brinton v. Department of State et al.  C. A. D. C. Cir.  Certiorari denied.

No. 80–1514.  Fontenot v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 80–1517.  Mazzuca v. United States;
No. 80–6307.  Williams v. United States; and
No. 80–6309.  Janovich v. United States.  C. A. 9th Cir.  Certiorari denied.  Reported below: 634 F. 2d 1159.

No. 80–1543.  Amdur v. City of Chicago.  C. A. 7th Cir.  Certiorari denied.

No. 80–1549.  Texports Stevedore Co. et al. v. Winchester et al.  C. A. 5th Cir.  Certiorari denied.